IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| JAMES ROBERT BLODGETT, | Cause No. CV 23-92-BU-BMM-JTJ |
| Plaintiff, | ORDER |
| v. | |
| SILVERBOW COUNTY DISTRICT COURT, ROBERT J. WHELAN, ANN M. SHEA, KELLI FIVEY, J. BLAINE ANDERSON, | |
| Defendants. | |

This matter comes before the Court on documents filed by James Robert Blodgett ("Blodgett"). (*See* Docs. 2 & 2-1.) He appears to challenge the conditions of his confinement at the Butte-Silverbow County Detention Center, as well as underlying occurrences in his criminal case. (*Id*.) Blodgett provides the Court with a number of grievances, (Doc. 2 at 1-9), as well as a letter addressed to "To Whom it May Concern." (*Id*. at 10-15.) As the filing stands, Blodgett has failed to allege a specific violation of either federal law or the Constitution. *See* 42 U.S.C. § 1983.

Blodgett did not use the Court's standard complaint form. Because the form

1

supplies useful information to the Court, should Blodgett wish to proceed with a civil rights action, he must complete and return the form. The Clerk of Court will be directed to provide Blodgett with the Court's standard § 1983 complaint form.

Additionally, Blodgett has filed a motion to proceed in forma pauperis ("IFP"), but he did not provide a copy of his inmate account statement. If he wishes to proceed IFP, he must provide his inmate account statement for the last 6 months. Blodgett is advised that if the Court does grant his IFP motion, he still will be required to pay the statutory $350.00 filing fee in monthly installments. *See* 28 U.S.C. § 1915(b)(1)-(2).

Accordingly, the Court enters the following:

## ORDER

1. The Clerk of Court is directed to provide Blodgett with a copy of the Court's standard complaint form. Should Blodgett wish to proceed in the matter, he must complete and return the form within **21 days** of this Order.

2. The Court RESERVES ruling on Blodgett's Motion to Proceed IFP (Doc. 1). Within **21 days** of this Order, Blodgett must provide a copy of his inmate account statement for the last 6 months. A failure to file an account statement may result in dismissal of this matter without further notice to Blodgett.

3. A failure to comply with this Order will result in dismissal of this matter, without further notice to Blodgett. He must also immediately notify the Court of

any change in his mailing address by filing a "Notice of Change of Address." Failure to do so may result in dismissal of this case without notice to him.

DATED this 28th day of December, 2023.

                                              */s/ John Johnston*
                                              John Johnston
                                              United States Magistrate Judge